IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIRA MEDICAL LABORATORIES, LLC, d/b/a GENESIS DIAGNOSTICS, Plaintiff, | CIVIL ACTION |
| v. | |
| KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, INC., Defendant. | NO. 24-CV-759 |

## ORDER

**AND NOW**, this 15th day of May, 2024, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 6 & 20), and Plaintiff's Responses thereto (ECF No. 16), it is **HEREBY ORDERED** that:

1. Defendant's Motion is **DENIED** as to Count 1;

2. Defendant's Motion is **GRANTED** as to Count 2. Plaintiff's Count 2 is **DISMISSED** as a standalone claim;

3. Defendant's Motion is **GRANTED** as to Count 3:

    a. Plaintiff's claims for negligent misrepresentation and equitable estoppel are **DISMISSED WITH PREJUDICE**;

    b. Plaintiff's claim for promissory estoppel is **DISMISSED WITHOUT PREJUDICE**;

4. Defendant's Motion is **DENIED** as to Count 4.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**